**Order entered October 13, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00172-CV

### SOUAD SHRIME, Appellant

### V.

### LENN KAPTAIN D/B/A LENN KAPTAIN REALTORS, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06324-D**

## ORDER

During oral argument in this case, appellant's counsel requested leave to file a supplemental brief. That request is **DENIED**.

/s/    DENNISE GARCIA
        PRESIDING JUSTICE